IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**

JUL 17 2012

WILLIAM B. GUTHRIE
Clerk U.S. District Court
By_____
Deputy Clerk

RICKEY WHITE, )
)
        Petitioner, )
)
v. ) No. CIV 12-306-RAW-KEW
)
RANDALL WORKMAN, )
)
        Respondent. )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner's successive petition for a writ of habeas corpus was dismissed for lack of jurisdiction with regard to the challenge to his sentence under 28 U.S.C. § 2254. His ex post facto claim regarding the execution of his sentence under 28 U.S.C. § 2241 was dismissed for failure to state a claim. After a careful review of the record, the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2). The court further finds petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this 17th day of July 2012.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE